IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| LA TIA MARTIN a/k/a LATIA T. MONK-MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>DISCOVER BANK and LAW OFFICES OF ALLEN & WITHROW,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§ Civil Action No. 4:17-cv-00290-O-BP<br>§<br>§<br>§<br>§<br>§<br>§ |

## FINDINGS, CONCLUSION, AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is Plaintiff's Motion for Remand Pursuant to 28 U.S.C. § 1447(c) (ECF No. 6), filed May 3, 2017. After consideration of the pleadings and applicable law and because the Motion is unopposed, the undersigned RECOMMENDS that United States District Judge Reed O'Connor GRANT Plaintiff's Motion for Remand Pursuant to 28 U.S.C. § 1447(c).

Defendants Discover Bank and Law Offices of Allen & Withrow removed this case from Tarrant County Court at Law Number 3 on April 6, 2017. ECF No. 1. A hearing was held today during which counsel for Defendants represented to the Court that Defendants did not oppose the Motion to Remand. Accordingly, remand of this case to Tarrant County Court at Law Number 3 is appropriate and should be so ordered.

A copy of this findings, conclusions, and recommendation shall be served on all parties in the manner provided by law. Any party who objects to any part of this findings, conclusions, and recommendation must file specific written objections within 14 days after being served with a copy. *See* 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b)(1). In order to be specific, an

objection must identify the specific finding or recommendation to which objection is made, state the basis for the objection, and specify the place in the magistrate judge's findings, conclusions, and recommendation where the disputed determination is found. An objection that merely incorporates by reference or refers to the briefing before the magistrate judge is not specific. Failure to file specific written objections will bar the aggrieved party from appealing the factual findings and legal conclusions of the magistrate judge that are accepted or adopted by the district court, except upon grounds of plain error. *See Douglass v. United Services Auto. Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc).

Signed May 11, 2017.

                                              Hal R. Ray, Jr.
                                              UNITED STATES MAGISTRATE JUDGE