# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| LA TIA MARTIN a/k/a LATIA T. MONK-MARTIN, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:17-cv-00290-O-BP |
| DISCOVER BANK and LAW OFFICES OF ALLEN & WITHROW | § § § § | |
| Defendants. | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is Plaintiff's Motion for Remand Pursuant to 28 U.S.C. § 1447(c) (ECF No. 6), filed May 3, 2017. The United States Magistrate Judge made findings, conclusions, and a recommendation regarding the motion. *See* ECF No. 9. No objections were filed, and the Magistrate's recommendation is ripe for review. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge (ECF No. 9) are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, Plaintiff's Motion for Remand (ECF No. 6) is hereby **GRANTED**. It is therefore **ORDERED** that this case is **REMANDED** to Tarrant County Court at Law

Number 3. The clerk shall mail a certified copy of this order to the appropriate clerk. 28 U.S.C. § 1447(c).

**SO ORDERED** on this **26th day** of **May, 2017.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**